COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Emerson Process Management Valve Automation, Inc., et al.

Appellate case number:   01-19-00152-CV

Trial court case number:  18-DCV-256883

Trial court:             268th District Court of Fort Bend County

Relators, Emerson Process management Valve Automation, Inc., Emerson, Process Management, LLP, Emerson Process management Regulator Technologies, Inc., and Emerson Electric Co., have filed a petition for writ of mandamus challenging the trial court's oral ruling denying relators' motion to dismiss for forum non conveniens. Relators also filed a motion for emergency temporary relief, requesting a stay of proceedings in the trial court.

The Court **GRANTS** the motion for emergency temporary relief and **ORDERS** the proceedings in trial court case number 18–DCV–256883 **STAYED** pending further order of this Court.

The Court directs real party in interest, Kelli Most, as Personal Representative of the Estate of Jesse Jenson, to file a response to the petition for writ of mandamus **by March 25, 2019**.

It is so ORDERED.

Judge's signature: ____/s/ Justice Richard Hightower_____

           ☑ Acting individually    ☐ Acting for the Court

Date: __March 6, 2019__